## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeanette Roberts,

        Plaintiff,

vs.

Life Insurance Co. of North America,

        Defendant.

Civil No. 10-3562 (RHK-FLN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation (Doc. No. 10), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 29, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge